**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

NISSA S.,

Plaintiff,

25 **CIVIL** 3913 (GRJ)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 07 2026, Plaintiff's Motion for Remand for Further Administrative Proceedings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED. Accordingly, judgment entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York

July 08, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**